IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DAVID WANDURSKY, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 16-1409 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| PA. COMMONWEALTH DOC SCI GREENE MENTAL HEALTH UNIT, | ) | |
| Defendant. | ) | |

## **ORDER DISMISSING CASE**

The Magistrate Judge twice has ordered Plaintiff to amend his complaint, and twice has warned that his failure to do so would result in a dismissal of this case for failure to prosecute. *See* Docs. 9 & 12. The second Order required Plaintiff to show cause, by January 24, 2017, why the case should not be dismissed, and Plaintiff neither has filed an amended complaint nor responded to the Show Cause Order.

In light of the foregoing, dismissal is warranted under Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir.1984). Specifically, the Court relies on the Poulis factors regarding Plaintiff's personal responsibility; history of dilatoriness/unresponsiveness; failure to demonstrate excusable neglect; and the lack of effective, alternative sanctions. *Id.* at 868. Simply put, Plaintiff's repeated failure to respond to Court Orders, and seeming disinterest in prosecuting this case, leave no meaningful alternative to a dismissal.

For all of these reasons, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


February 9, 2017                                             s\Cathy Bissoon
                                                             Cathy Bissoon
                                                             United States District Judge


cc (via First-Class, U.S. Mail):

David Wandursky
KQ-0978
SCI Greene
175 Progress Drive
Waynesburg, PA  15370